IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02533-RTG

JACOB VALINE,

    Plaintiff,

v.

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor,

    Defendant.

## ORDER DISMISSING CASE

On August 13, 2025, Plaintiff Jacob Valine initiated this action by filing *pro se* a Complaint for Declaratory and Injunctive Relief (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2). On August 15, 2025, he filed a Notice of Voluntary Dismissal Without Prejudice, stating that "[p]ursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure," he "voluntarily dismisses this action without prejudice." (ECF No. 14). He then filed, on August 21, 2025, an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 15), and on August 22, 2025, he filed a second Notice of Voluntary Dismissal Without Prejudice (ECF No. 16).

Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." In this case, no responsive pleading has been filed by the respondents. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a

written notice of dismissal, and no subsequent court order is necessary.  *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  Applicant's Notice of Voluntary Dismissal Without Prejudice (ECF No. 14) therefore closes the file as of August 15, 2025.  *See Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1).  It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of August 15, 2025.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   28th   day of    August   , 2025.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court