IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02533-LTB

JACOB VALINE,

    Plaintiff,

v.

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 28, 2025, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 28 day of August, 2025.

                                      FOR THE COURT,

                                      JEFFREY P. COLWELL, Clerk

                                      By: s/T. Lovell
                                                  Deputy Clerk